**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-01235-RM-MEH

DANIEL COCHRAN,

    Plaintiff,

v.

HEWLETT-PACKARD COMPANY,
HP ENTERPRISE SERVICES, LLC,
HEWLETT-PACKARD ENTERPRISE CO.,
HP, INC., and
DXC TECHNOLOGY SERVICES, LLC,

    Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order (Doc. 101) by Judge Raymond P. Moore, entered March 18, 2024, it is

ORDERED that Defendants' Motion to Dismiss (Doc. 88) is GRANTED. It is

FURTHER ORDERED that this case is closed.

Dated this 18th day of March, 2024.

                                                  FOR THE COURT:
                                                JEFFREY P. COLWELL

                                                By:   s/H. Guerra, Deputy Clerk